# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

SHARON NALLS,                    :

       Plaintiff,                                                            Case No. 3:12-cv-221

  -vs-                                                                                Magistrate Judge Michael R. Merz
                                                                                                :
GARDENS ALIVE, INC.,

       Defendants.

## AMEMENDMENTS TO SCHEDULING ORDER

      Upon unanimous consent of the parties, this case has now been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(Doc. Nos. 17, 18).

      Upon Joint Motion of the parties (Doc. No. 16), the Preliminary Pretrial Conference Order in this case (Doc. No. 9) is hereby AMENDED to provide

· All discovery shall be completed on or before June 21, 2013, and

· All dispositive motions shall be filed on or before July 31, 2013.

      In the Motion, the parties indicated that granting it would not prejudice "the Court's trial calendar as a trial date has not yet been set." (Doc. No. 16, PageID 59).   In initially denying the Motion, the Magistrate Judge noted that in fact a trial date of November 4, 2013, had been set on Judge Rose's trial calendar.   That date remains available on the Magistrate Judge's trial calendar and the case will remain set for that date (as well as the dates for final pretrial conference and submission of the joint proposed final pretrial order) unless the parties request another date.

May 17, 2013.

                                                                                                  s/ *Michael R. Merz*
                                                                               United States Magistrate Judge